```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                   FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                      2:00-cr-14-FtM-29DNF

SWEN CLEOPAS SMITH, A/K/A
SWEN CLEOFAS SMITH, A/K/A
SCHWEIN

_____

**ORDER**

   This matter comes before the Court on Defendant's Motion to Reduce Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. #55), filed on February 3, 2006.[1]  Defendant argues that, pursuant to 18 U.S.C. § 3582(c)(2), his sentence should be modified because the government did not prove the substance contained sodium bicarbonate, and "the Clarifying Amendment U.S.S.G. § 2D1.1, is retroactive."  Defendant does not specify what Amendment is retroactive.

  Defendant pled guilty pursuant to a Plea Agreement (Doc. #18) and was sentenced on July 7, 2000, to 151 months of imprisonment, 36 months of supervised release, and a $100 special assessment.  Judgment (Doc. #35) was entered on July 17, 2000, and defendant did not file a direct appeal.  On March 1, 2004, defendant filed a Motion for Modification of an Imposed Term of Imprisonment (Doc. #38), arguing that his sentence must be modified under 18 U.S.C. § 3582(c)(1)(B) because the government did not prove the substance contained sodium bicarbonate and therefore did not prove it was

---

  [1]This is defendant's third motion for relief under § 3582(c).

crack cocaine under the Sentencing Guidelines.  On March 4, 2004, the Court entered an Order (Doc. #39) denying the motion.

In the instant motion, defendant repeats the same arguments raised in the March 1, 2004, Motion (Doc. #38) except under a different sub-section.  Under § 3582(c)(2), the Court may reduce the term of imprisonment if a defendant was sentenced under a sentencing range that was subsequently lowered by the Sentencing Commission.  The Court finds no change in the law and no retroactive Amendment to the Sentencing Guidelines since the entry of the March 4, 2004, Order.  The Court incorporates its March 4, 2004, findings as if stated herein[2] and denies the motion.

Accordingly, it is now

**ORDERED**:

Defendant's Motion to Reduce Pursuant to 18 U.S.C. 3582(c)(2) (Doc. #55) is **DENIED** for the reasons stated in the Court's March 4, 2004, Order (Doc. #39) and herein.

**DONE AND ORDERED** at Fort Myers, Florida, this   8th   day of February, 2006.

_____
JOHN E. STEELE
United States District Judge

Copies:
AUSA
Defendant

---

[2] A copy of said Order is attached.

-2-